```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
                      ATLANTA DIVISION
```

ELLEN SCHAAF,                         :
                                      :
      Plaintiff,                  :
                                      :
      v.                          :     CIVIL ACTION NO.
                                      :     1:04-CV-2346-GET-CCH
SMITHKLINE BEECHAM CORPORATION        :
d/b/a   GlaxoSmithKline   and         :
GLAXOSMITHKLINE,                      :
                                      :
      Defendants.                 :

## O R D E R

At the request of Plaintiffs and with the consent of Defendants, the Court's Order of January 31, 2006 [139] is hereby amended as follows:

The period for fact discovery is re-opened and extended through and including May 15, 2006.

All other rulings and deadlines set forth in the Order of January 31, 2006 remain in effect.

IT IS SO ORDERED this 14th day of February, 2006.

                                            */s/ C. Christopher Hagy*
                                            C. CHRISTOPHER HAGY
                                            UNITED STATES MAGISTRATE JUDGE