UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Ellen Schaaf<br><br>                Plaintiff,<br><br>vs.<br><br>SmithKline Beecham Corporation d/b/a GlaxoSmithKline; SmithKline Beecham Corporation and GlaxoSmithKline,<br><br>                Defendants. | CIVIL ACTION FILE<br><br>NO. 1:04-cv-2346-GET |

## J U D G M E N T

This action came before the Court for a jury trial with the Honorable G. Ernest Tidwell presiding. The plaintiff's and defendant's evidence having been presented and considered and the Court having GRANTED the defendant's oral Motion for Judgment as a matter of law,

**It is Ordered and Adjudged** that the plaintiff take nothing; that the defendants recover their costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 14th day of January, 2009.

                                                                JAMES N. HATTEN
                                                  CLERK OF COURT

                                                  /s/ Janice Micallef
By: _____
                                                  Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  January 14, 2009
James N. Hatten
Clerk of Court
    /s/ Janice Micallef
By:_____
       Deputy Clerk